ACCEPTED
03-13-00585-CR
6872672
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 3:47:27 PM
JEFFREY D. KYLE
CLERK

## NO. 03-13-00585-CR

**IN THE COURT OF APPEALS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 3:47:27 PM
JEFFREY D. KYLE
Clerk

**FOR THE THIRD SUPREME JUDICIAL DISTRICT**

**AUSTIN, TEXAS**

| | | |
|---|---|---|
| **TRENT KENDALL STANLEY** | § | **APPELLANT** |
| | § | |
| **VS.** | § | |
| | § | |
| **THE STATE OF TEXAS** | § | **APPELLEE** |

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

**TO THE HONORABLE COURT OF APPEALS:**

This motion is filed on behalf of TRENT KENDALL STANLEY by his attorney pursuant to the Texas Rules of Appellate Procedure, Rules 49.8 and 10.5(b):

### I.

### Procedural History

Stanley was arrested on August 28, 2009 for the offense of driving while intoxicated. [Clerk's Record, p. 7] He was charged with the misdemeanor offense of driving while intoxicated, and on that date he was

1

charged by information in cause number 94017 in County Court at Law Number 1/2 of Hays County, Texas. [Clerk's Record, p. 8] A jury trial was convened on March 19, 20112 at which Stanley pleaded not guilty. A jury was selected and sworn. However, a juror failed to appear, and a mistrial was ordered *sua sponte* by the court. [Clerk's Record, p. 14]

Stanley filed his pre-trial Application for Writ of Habeas Corpus claiming a violation of jeopardy principles by the court's forcing him to another trial. [C.R., p. 15] After a hearing on the application for writ, the trial court entered final order denying relief on July 24, 2013. [C.R. p. 34] The trial court entered its findings of fact and conclusions on law on August 9, 2013. [C.R. 41]

Stanley timely filed his notice of appeal. [CR, pp. 39,47] The briefs of both parties have been submitted. This Court submitted the case on briefs.

This Court filed its opinion denying relief on August 14, 2015.

## II.

### T.R.A.P., Rule 49.8

The last date for filing the Motion for Rehearing was August 29, 2015. However, after consulting with his client, counsel for Stanley wishes to file a Motion for Rehearing. Rule 49.8 authorizes Mr. Stanley to seek an

2

extension to file his motion for rehearing "no later than 15 days after the last date for filing the motion." This motion will be filed electronically on September 10, 2015 which date is within 15 days after the last date for filing the motion.

## III.

### T.R.A.P. Rule 10.5 (b)

(A)    As previously stated, Appellant computes the deadline for filing the Motion for Rehearing as August 29, 2015 (Saturday) at the earliest, or August 31, 2015 (Monday) at the latest. In either event, this motion is filed electronically within 15 days of those dates.

(B)    Appellant requests an extension to September 28, 2015.

(C)    After the opinion was rendered in this case, undersigned counsel was required to teach a three day MCLE class on the 26th-28th of August, 2015 in San Antonio, Texas. Additionally, counsel is the course director for another three day MCLE seminar in Boerne, Texas for September 23rd – 25th, 2015. Additionally, undersigned counsel was in a jury trial August 31st – September 3rd, 2015. While counsel did have employed associates for assistance during that time, one of them resigned the last week in August, 2015, and the office is short-handed with an active trial practice.

(D)    There have been no previous extensions for this motion.

WHEREFORE, Appellant's counsel requests an extension of time to file his Motion for Rehearing.

**STATE OF TEXAS** §

**COUNTY OF BEXAR** §

BEFORE ME the undersigned authority on this day personally appeared George Scharmen who upon his oath stated that the facts contained in the foregoing Motion are true and correct to the best of his knowledge and belief.

SIGNED and SWORN TO this the 10 day of September, 2015.

ELSA M. TORRES
Notary Public
STATE OF TEXAS
My Comm. Exp. June 12, 2017

NOTARY PUBLIC
STATE OF TEXAS

Respectfully submitted,

GEORGE SCHARMEN
315 Dwyer
San Antonio, Texas 78204
Telephone: 210-226-8021
Facsimile: 210-224-5722
State Bar No. 17727500
ATTORNEY FOR APPELLANT

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been mailed to the Office of the District Attorney of Hays County, Texas this the 10th day of September, 2015.